1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  KIMBERLY M. BRIGGS (CASBN 132043)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340-S
6       Oakland, CA  94612
        Telephone: (510) 637-3680
7       E-mail: kimberly.briggs@usdoj.gov

8  Attorneys for the Plaintiff

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         OAKLAND BRANCH

12
   UNITED STATES OF AMERICA,           )   No. CR 08-70384 WDB
13                                     )
                                       )
14              Plaintiff,             )
                                       )   STIPULATION AND [PROPOSED]
15      v.                             )   ORDER TO CONTINUE PRELIMINARY
                                       )   HEARING FROM JULY 10, 2008 TO
16 LEOBREDO GARCIA-RODRIGUEZ,          )   AUGUST 7, 2008
   MARIA CHRISTINA RAMIREZ-GARCIA,     )
17 and JUAN CARLOS SANDOVAL-MACIAS,    )
                                       )
18              Defendants.            )
                                       )
19 _____)

20      It is hereby stipulated, by and between the parties that the preliminary hearing set for July

21 10, 2008 be vacated and that the matter be set for arraignment on August 7, 2008 at 10:00 am

22 before U.S. Magistrate Judge Wayne D. Brazil.

23      Such continuance is required for effective preparation of the case. The government has

24 not received discovery or lab results yet, and as a result, no discovery has been provided to the

25 defense. This continuance is allowed under Title 18, U.S.C. 3161(h)(8) and (A)&(B)(iv) to allow

26 for the reasonable time necessary for effective preparation of the case.

E-FILED

As such, the parties respectfully request that the preliminary hearing for July 10, 2008 be vacated and the matter be continued to August 7, 2008 at 10:00 am before U.S. Magistrate Judge Wayne D. Brazil.

DATED: July 9, 2008            Respectfully submitted,

/s/
KIMBERLY M. BRIGGS
Assistant United States Attorney

DATED: July 9, 2008

/s/
RANDY MONTESANO
Attorney for Leobredo Garcia-Rodriguez

DATED: July 9, 2008

/s/
MARK ROSENBUSH
Attorney for Maria Christina Ramirez-Garcia

DATED: July 9, 2008

/s/
COLLEEN MARTIN
Attorney for Juan Carlos Sandoval-Macias

Based on the reason provided in the stipulation of the parties above, the Court hereby FINDS that for adequate preparation of the case by all parties - specifically, to allow the government to produce discovery to defense. Based on these findings,

IT IS HEREBY ORDERED THAT the preliminary hearing currently scheduled for July 10, 2008 shall be vacated, and the matter shall be continued to August 7, 2008 at 10:00 a.m before U.S. Magistrate Judge Wayne D. Brazil.

**IT IS SO ORDERED.**

DATED: July 7, 2008

~~MARIA ELENA JAMES~~ /s/ Wayne D. Brazil
United States Magistrate Judge