BARRY J. PORTMAN
Federal Public Defender
COLLEEN MARTIN
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant JUAN SANDOVAL-MACIAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                              )<br>           Plaintiff,                          )<br>                                                              )<br>vs.                                                        )<br>                                                              )<br>LEOBREDO GARCIA-RODRIGUEZ,    )<br>MARIA CHRISTINA RAMIREZ-GARCIA, )<br>JUAN SANDOVAL-MACIAS,            )<br>                                                              )<br>           Defendants.                     )<br>_____) | No. 4-08-70384 WDB<br><br>**AMENDED STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING FROM SEPTEMBER 19, 2008 TO OCTOBER 1, 2008** |

It is hereby stipulated, by and between the parties, that the preliminary hearing or arraignment set for September 19, 2008, be vacated and that the matter be set for arraignment or preliminary hearing on October 1, 2008, at 9:30 a.m. before United States Magistrate Judge Larson in San Francisco.

Such continuance is required for effective preparation of the case. The government has provided discovery to the defense, including several hours of audio tapes. However, the audio tapes are in Spanish and must be translated. While the process is on-going, it is not yet completed. Furthermore, counsel for the government is unavailable due to a death in the family. The continuance is permitted under 18 U.S.C. § 3161(h)(8) (A) & (B)(iv) to allow for the

*U.S. v. Garcia-Rodriguez, Ramirez-Garcia,*
*Sandoval-Macias*, 4-08-70384 WDB
AMENDED STIPULATION AND ORDER                    1

1  reasonable time necessary for effective preparation of the case and for continuity of counsel.

2  The parties therefore respectfully request that the preliminary hearing set for September
3  19, 2008 be vacated and that the matter be set for arraignment or preliminary hearing on October
4  1, 2008, at 9:30 a.m. before United States Magistrate Judge Larson.

6  DATED: September 18, 2008                /S/
                                            KIMBERLY BRIGGS
7                                           Assistant United States Attorney

8  DATED:  September 18, 2008               /S/
                                            COLLEEN MARTIN
9                                           Counsel for Juan Carlos Sandoval-Macias

10 DATED:  September 18, 2008               /S/
                                            RANDY MONTESANO
11                                          Counsel for Leobredo Garcia-Rodriguez

12 DATED:  September 18, 2008               /S/
                                            ISMAIL RAMSEY
13                                          Counsel for Maria Christina Ramirez-Garcia

14 I hereby attest that I have on file all holographed signatures for any signatures indicated
by a conformed signature (/s/) within this e-filed document.

16 **ORDER**

17 GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the arraignment or
18 preliminary hearing date in this case, currently scheduled for September 19, 2008, at 10:00 a.m.
19 may be continued to October 1, 2008, at 9:30 a.m. in San Francisco before United States
20 Magistrate Judge Larson for arraignment or preliminary hearing.

21 IT IS FURTHER ORDERED that the time from September 19, 2008 to October 1, 2008,
22 should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§
23 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel, including translation of
24 Spanish language audiotapes, and for continuity of government counsel.  The Court finds that the
25 ends of justice served by the granting of the continuance outweigh the best interests of the public

*U.S. v. Garcia-Rodriguez, Ramirez-Garcia, Sandoval-Macias*, 4-08-70384 WDB
AMENDED STIPULATION AND ORDER           2

1 and the defendants in a speedy and public trial and the failure to grant the requested continuance
2 would unreasonably deny counsel the reasonable time necessary for effective preparation, taking
3 into account due diligence.
4   SO ORDERED.

6 DATE: September 18, 2008

7 _____
WAYNE D. BRAZIL
United States Magistrate Judge

*U.S. v. Garcia-Rodriguez, Ramirez-Garcia,
Sandoval-Macias*, 4-08-70384 WDB
AMENDED STIPULATION AND ORDER            3