BARRY J. PORTMAN
Federal Public Defender
COLLEEN MARTIN
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant JUAN SANDOVAL-MACIAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 08-670 SBA [JL] |
| ) | |
| Plaintiff, ) | **AMENDED STIPULATION AND** |
| ) | **[PROPOSED] ORDER TO CONTINUE** |
| vs. ) | **PRELIMINARY HEARING FROM** |
| ) | **OCTOBER 1, 2008 TO OCTOBER 7, 2008** |
| LEOBREDO GARCIA-RODRIGUEZ, ) | |
| MARIA CHRISTINA RAMIREZ-GARCIA, ) | |
| JUAN SANDOVAL-MACIAS, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

    It is hereby stipulated, by and between the parties, that the preliminary hearing or arraignment set for October 1, 2008, at 9:30 a.m. before Magistrate Judge Larson in San Francisco be vacated and that the matter be set for arraignment on an indictment on October 7, 2008, at 10:00 a.m. before United States Magistrate Judge Wayne D. Brazil in Oakland.

    Such continuance is required for effective preparation of the case. The government has provided discovery to the defense, including several hours of audio tapes. However, the audio tapes are in Spanish and must be translated. While the process is on-going, it is not yet completed and the parties have been informed that it is a lengthy process. The continuance is

*U.S. v. Garcia-Rodriguez, Ramirez-Garcia,*
*Sandoval-Macias*, CR 08-670 SBA
 Amended STIPULATION AND [PROPOSED]
ORDER                                   1

permitted under 18 U.S.C. § 3161(h)(8) (A) & (B)(iv) to allow for the reasonable time necessary for effective preparation of the case.

The parties therefore respectfully request that the arraignment or preliminary hearing set for October 1, 2008 be vacated and that the matter be set for arraignment on October 7, 2008, at 10:00 a.m. before United States Magistrate Judge Brazil in Oakland.

DATED: September 26, 2008            /S/
KIMBERLY BRIGGS
Assistant United States Attorney

DATED: September 26, 2008            /S/
COLLEEN MARTIN
Counsel for Juan Carlos Sandoval-Macias

DATED: September 26, 2008            /S/
RANDY MONTESANO
Counsel for Leobredo Garcia-Rodriguez

DATED: September 26, 2008            /S/
ISMAIL RAMSEY
Counsel for Maria Christina Ramirez-Garcia

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the arraignment or preliminary hearing date in this case, currently scheduled for October 1, 2008, at 9:30 a.m. in San Francisco for arraignment or preliminary hearing may be continued to October 7, 2008 at 10:00 a.m. before Magistrate Judge Wayne D. Brazil in Oakland for arraignment.

IT IS FURTHER ORDERED that the time from October 1, 2008, to October 7, 2008, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel, including translation of Spanish-language audiotapes. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendants in a speedy and

1  public trial and the failure to grant the requested continuance would unreasonably deny counsel
2  the reasonable time necessary for effective preparation, taking into account due diligence.
3      SO ORDERED.

5  DATE:    September 30, 2008

6  _____
   JAMES L. _____ Chen
   United ____



26  *U.S. v. Garcia-Rodriguez, Ramirez-Garcia,*
*Sandoval-Macias*, CR 08-670 SBA
Amended STIPULATION AND [PROPOSED]
ORDER    3