RANDY MONTESANO
Attorney at Law  - SBN: 83842
214 Duboce Avenue
San Francisco, CA 94103
(415) 431-8226
rmontesano@hotmail.com

Attorney for Defendant
LEOBARDO GARCIA-RODRIGUEZ

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  CR-08-670 SBA |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO ADD |
|  | ) | TO CALENDAR AND |
| vs. | ) |  ORDER |
|  | ) |  |
| LEOBARDO GARCIA-RODRIGUEZ, et. al. | ) |  |
|  | ) |  |
| Defendant. | ) |  |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES that the above-captioned matter be advanced to February 10, 2009, at 9:00 a.m., for status and/or trial setting, and that the heretofore scheduled motions date of March 3, 2009, be vacated.

**IT IS SO STIPULATED:**

Dated: 1-21-09        s/Randy Montesano
                      RANDY MONTESANO
                      Attorney for defendant Leobardo Garcia-Rodriguez

Dated: 1-21-09        s/Colleen Martin
                      COLLEEN MARTIN
                      Attorney for defendant Juan Carlos Sandoval-Macias

Dated: 1-21-09        s/Ismael Ramsey
                      ISMAEL RAMSEY
                      Attorney for defendant Maria Christina Ramirez-Garcia

Dated: 1-21-09        s/Kim Briggs
                      KIM BRIGGS
                      Assistant United States Attorney

**SO ORDERED:**

Dated: 1/22/09                         _____
                                       UNITED STATES DISTRICT COURT JUDGE