RANDY MONTESANO
Attorney at Law  - SBN: 83842
1415 Richardson Street
Martinez, CA  94553
(415) 806-9086 - (800) 359-1681 - fax
rmontesano@hotmail.com

Attorney for Defendant
LEOBARDO GARCIA-RODRIGUEZ

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | Case No.  08-CR-00670 SBA-1 |
|                                                            ) | |
|     Plaintiff,                                          ) | AMENDED STIPULATION AND |
|                                                            ) | ORDER TO CONTINUE MOTIONS |
|     vs.                                                 ) | HEARING DATE FROM MARCH 24, 2009, |
|                                                            ) | TO MARCH 31, 2009, AND TO EXCLUDE |
| LEOBARDO GARCIA-RODRIGUEZ, et. al.  ) | TIME UNDER THE SPEEDY TRIAL ACT, |
|                                                            ) | 18 USC §§ 3161(h)(8)(A) AND (B)(iv) |
|     Defendant.                                      ) | |
| _____) | |

      IT IS HEREBY STIPULATED by and between the parties, and with the consent of the defendant, that defendant's Motion for Disclosure hearing currently set for March 24, 2009, be continued to March 31, 2009, at 11:00 a.m., due to the unavailability of counsel for Mr. Garcia-Rodriguez. Mr. Montesano has been in trial in San Francisco Superior Court since February 18, 2009, and will still be in trial on March 24, 2009, the date this hearing is presently set and therefore unable to attend.

      IT IS FURTHER ORDERED that the time from March 24, 2009 to March 31, 2009, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 USC §§ 3161(h)(8)(A) and (B)(iv).  The court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial, and the failure to grant the request for continuance would unreasonably deny continuity of counsel and the reasonable time necessary by counsel for effective preparation, taking into account due diligence.

U.S. v. Garcia-Rodriguez - Amended Stipulation to Continue Motions Hearing      1

| | |
|---|---|
| 1 | **IT IS SO STIPULATED:** |

Dated: 3-13-09     s/Randy Montesano
              RANDY MONTESANO
              Attorney for defendant Leobardo Garcia-Rodriguez

Dated: 3-13-09     s/Colleen Martin
              COLLEEN MARTIN
              Attorney for defendant Juan Carlos Sandoval-Macias

Dated: 3-13-09     s/Ismael Ramsey
              ISMAEL RAMSEY
              Attorney for defendant Maria Christina Ramirez-Garcia

Dated: 3-13-09     s/Kim Briggs
              KIM BRIGGS
              Assistant United States Attorney

**SO ORDERED:**

Dated: 3/16/09     _Saundra B Armstrong_
              UNITED STATES DISTRICT COURT JUDGE