1  BARRY J. PORTMAN
   Federal Public Defender
2  COLLEEN MARTIN
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant SANDOVAL-MACIAS
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )   No. CR-08-670 SBA
                                   )
12              Plaintiff,          )   **STIPULATION AND ORDER**
                                   )
13 vs.                             )
                                   )
14 LEOBARDO GARCIA-RODRIGUEZ,      )
   MARIA CHRISTINA GARCIA-         )
15 RODRIGUEZ, JUAN CARLOS          )
   SANDOVAL-MACIAS,                )
16                                 )
               Defendants.         )
17 _____ )

18
       The above-captioned matter is scheduled for trial on May 18, 2009. Pursuant to the
19
   Court's Order for Criminal Pretrial Preparation at ¶ E, preliminary pretrial filings in this matter
20
   are due on April 21, 2009. Additionally, the Court has ordered the government to disclose
21
   information regarding the confidential informant on April 20, 2009.
22
       The parties are currently in negotiations regarding possible settlement of this case. The
23
   parties therefore stipulate that if they are unable to reach a disposition in the case, the
24
   preliminary pretrial filings will be filed on April 24, 2009, and that the government will provide
25
   the required information regarding the confidential informant on April 24, 2009. If the parties
26

*U.S. v. Garcia-Rodriguez, Ramirez-Garcia,
Sandoval-Macias*, CR 08-670 SBA
Stipulation & [Proposed] Order                    1

have reached a disposition in the case, they will promptly notify the Court and schedule the matter on the Court's calendar for change of plea.

The pretrial conference in this matter is currently set for May 12, 2009. The time until May 12, 2009, has already been excluded pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). The parties agree that the exclusion of time remains in effect.

DATED: April 21, 2009                        /S/
                                        KIMBERLY BRIGGS
                                        Assistant United States Attorney

DATED:  April 21, 2009                       /S/
                                        COLLEEN MARTIN
                                        Counsel for Juan Carlos Sandoval-Macias

DATED:  April 21, 2009                       /S/
                                        RANDY MONTESANO
                                        Counsel for Leobredo Garcia-Rodriguez

DATED:  April 21, 2009                       /S/
                                        ISMAIL RAMSEY
                                        Counsel for Maria Christina Ramirez-Garcia

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that if the parties in this matter are unable to reach a disposition, the pretrial filings set forth in Paragraph E of the Court's Order for Criminal Pretrial Preparation are due on April 24, 2009, and the government's disclosures regarding the confidential informant shall be made on April 24, 2009. If the parties reach a disposition, they shall promptly notify the Court and schedule the matter for change of plea.

//

//

*U.S. v. Garcia-Rodriguez, Ramirez-Garcia, Sandoval-Macias*, CR 08-670 SBA
Stipulation & [Proposed] Order                        2

1    IT IS FURTHER ORDERED that the previously entered exclusion of time until May 12,

2 2009, shall remain in effect pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

4 DATED:4/22/09

*Saundra B Armstrong*

5 HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

*U.S. v. Garcia-Rodriguez, Ramirez-Garcia,
Sandoval-Macias*, CR 08-670 SBA
Stipulation & [Proposed] Order                3